RECEIVED & FILED
CLERK'S OFFICE
JUN 05 2025
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**PABLO SANTIAGO-MATOS,**<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 25- 268 (SCC)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 933(a)(1)<br>18 U.S.C. § 922(o)<br><br>**FORFEITURE**<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br><br>**TWO COUNTS** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Firearms Trafficking**
**18 U.S.C. § 933**

On or about August 2, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court,

**PABLO SANTIAGO-MATOS,**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: one Glock pistol, model 27, bearing serial number UYN081, altered to fire automatically, and two Glock pistol magazines 13 round capacity, .40 caliber, to a recipient person in and otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient

would constitute a felony, and did attempt to do so. All in violation of 18 U.S.C. § 933(a)(1).

**COUNT TWO**
**Possession of a Machinegun**
**18 U.S.C. § 922(o)**

On or about August 2, 2024, in the District of Puerto Rico and within the jurisdiction of this Court,

**PABLO SANTIAGO-MATOS,**

did knowingly and intentionally possess a machinegun; to wit, one Glock pistol, model 27, bearing serial number UYN081, altered to fire automatically more than one shot without manual reloading by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o), 921(a)(23), and 924(a)(2).

**FIREARMS AND AMMUNITION FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). Upon conviction of the offenses set forth in Count One through Count Two of this Indictment, the defendant, **PABLO SANTIAGO-MATOS**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.§ 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: one Glock pistol, model 27, bearing serial number UYN081, altered to fire automatically more than one shot without manual

reloading by a single function of the trigger, and two Glock pistol magazines 13 round capacity, .40 calibar. If any of the property described above, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. §853(p).

TRUE BILL

[redacted]

FOREPERSON

Date: June 5th, 2025

W. STEPHEN MULDROW
United States Attorney

Alberto López Rocafort
Assistant United States Attorney
Chief, Gangs Section

Andrés Orr
Assistant United States Attorney